# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 16-3814

———————————————

Marvin Douglas Sundquist

*Plaintiff - Appellant*

v.

State of Nebraska; Nebraska Attorney General's Office; Ed Vierk, Assistant
Nebraska Attorney General; Nebraska Department of Health and Human Services;
Ruth Schuldt, Probation Compliance Monitor; Douglas J. Peterson; Courtney Phillips

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the District of Nebraska - Omaha

——————————

Submitted: June 28, 2017
Filed: July 12, 2017
[Unpublished]

——————————

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

——————————

PER CURIAM.

Marvin Sundquist appeals from the adverse judgment the district court[1] entered in his action asserting a deprivation of his rights while he was in the process of seeking, and ultimately obtaining, a license from the State of Nebraska to practice massage therapy. He challenges the denial of a motion to amend his complaint and the adverse grant of summary judgment.

We first conclude that the denial of Sundquist's motion to amend was not an abuse of discretion. *See Popoalii v. Corr. Med. Servs.*, 512 F.3d 488, 497 (8th Cir. 2008) (noting that decisions regarding a plaintiff's motion to amend its complaint are reviewed for abuse of discretion). We further conclude that summary judgment was appropriately granted for the reasons stated by the district court. *See Beaulieu v. Ludeman*, 690 F.3d 1017, 1024 (8th Cir. 2012) (explaining that a grant of summary judgment is reviewed *de novo*, viewing the record in the light most favorable to nonmovant). Accordingly, we affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.